■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST WEST, Appellant. [705 NYS2d 278] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 14, 1995 (*People v West*, 212 AD2d 651), affirming a judgment of the Supreme Court, Queens County, rendered February 25, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Bracken, J. P., Santucci, Joy and Thompson, JJ., concur.

■■■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALVIN L. SPITZER, on Behalf of RUDOLPH NURSE, Petitioner, v NICHOLAS SOLFARO, as Warden of Rockland County Jail, Respondent. [705 NYS2d 292] —Writ of habeas corpus in the nature of an application for bail reduction upon Rockland County Indictment No. 2000-67.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Rockland County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson*, 48 NY2d 230). Bracken, J. P., O'Brien, Krausman and Goldstein, JJ., concur.